ANDREWS, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment reforms a policy of insurance and awards plaintiffs recovery thereunder. The order denies a motion for a new trial on the ground of newly-discovered evidence.) — Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

JAMES O. WELCHER, Appellant, v. THELMA PLANK, Defendant, Impleaded with JUDGE MOTOR CORPORATION, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages against defendant Plank for personal injuries resulting from an automobile collision. The order sets aside the verdict and dismisses the complaint as to the other defendant.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ANNA I. WELCHER, Appellant, v. THELMA PLANK, Defendant, Impleaded with JUDGE MOTOR CORPORATION, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages against defendant Plank for personal injuries resulting from an automobile collision. The order sets aside the verdict and dismisses the complaint as to the other defendant.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LEONARD G. SMITH, Appellant, v. DAVID M. NIVER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Edgcomb, J., who dissents and votes for reversal upon the ground that the moving papers fail to show that judgment was entered through the mistake, inadvertence, surprise or excusable neglect of the defendant and upon the further ground that no proposed answer is presented with the moving papers. (The order grants motion to open a default in City Court.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WILLIAM C. WOOLEY, Respondent, v. SYLVIA CIRESI and Another, Appellants.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff damages for personal injuries in an automobile collision.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

BERNARD L. WELCH, as Administrator, etc., of FLORENCE WELCH, Deceased, Respondent, v. EARLE W. KNOPF, Appellant.— Order affirmed, with costs. All concur. (The order denies a motion to set aside a verdict for plaintiff for damages for personal injuries in an automobile collision.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ISABELLA R. DIGGES, Respondent, v. ISAAC W. DIGGES, Appellant.— Judgment affirmed, with costs. All concur. (The judgment awards recovery under a separation agreement.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

GEORGE SURRIDGE, as Administrator, etc., of DORIS SURRIDGE, Deceased, Respondent, v. WILSON G. McAULIFFE, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages to plaintiff for death of intestate in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

HAROLD VAN DEUSEN, Respondent, Appellant, v. THE CITY OF OSWEGO and Another, Appellants, Respondents.— Order affirmed, without costs. All concur. (The order denies motion for a new trial on questions of negligence but sets aside the verdict as excessive in an action to recover for personal injuries in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.